**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KASHANDA BROWN,<br><br>        Plaintiff,<br>v.<br><br>CITY OF NEWARK et al,<br>        Defendants. | Civil Action<br><br>2:18-cv-00082-SDW-SCM<br><br>**SUPPLEMENTAL SCHEDULING ORDER** |

**IT IS** on this Tuesday, January 07, 2020,

**ORDERED THAT**:

### I.    DISCLOSURES

**1.**  All parties shall amend or supplement their initial disclosures on or before 1/17/2020.

### II.    DISCOVERY

**2.**   Fact discovery is to remain open through 6/30/2020.  No *discovery* is to be issued or engaged in beyond that date, except upon application and for good cause shown.

**3.**  Each party may serve upon each other party a) any unused interrogatories and b) requests for production of documents no later than 1/28/2020, which shall be responded to **within thirty (30) days of receipt**.  If served prior to the initial scheduling conference, responses are due within 30 days of the conference.  Each party may also serve requests for admissions.  The propounder of any discovery request shall identify any deficiency with the responses in writing within 30 days of receipt.

### III.    FUTURE CONFERENCES

**4.**  A telephone conference is scheduled with Judge Mannion on 3/12/2020 at 3:30 PM. Plaintiff(s)' counsel is to initiate the call. Eight days before that date, counsel shall file a joint agenda letter (up to 3 pages) itemizing the issues, if any, to be discussed at the upcoming conference.

### IV.    MOTIONS

**5.**  If there is consent for a proposed pleading file the amended pleading with a stipulation per Rule 15(a)(2) via ECF.  If there is no consent:

> a. The party seeking leave shall first seek consent by presenting counsel for the adversary with 1) the proposed pleading, 2) a redlined (or track changes) version of the proposed pleading, and 3) a stipulation.  The recipient shall either consent or provide its objection(s) supported by a letter brief to the requester within 14

    days.  The requester will then either draft a new proposal and restart the process or provide its response supported by a letter brief within 10 days.  This process should be repeated until there is either consent or an impasse.

    b. Impasse.  If there is an impasse after a bona fide effort to resolve the dispute, the party seeking to amend or supplement shall request leave to file no later than 3/13/2020.   The request for leave shall include 1) the proposed pleading, 2) the redlined (or track changes) version of the proposed pleading, 3) the respective letter briefs regarding futility, and 4) a proposed form of order. See L.Civ.R. 7.1(f).  If a party seeks to file a motion to amend or supplement after the specified date, the party must show <u>good cause</u> why the application could not have been done earlier.

6.  Dispositive motions, if any, are to be filed by [**TO BE DETERMINED**].

## V.    EXPERTS

7. The names and subject of expected testimony of all affirmative expert witnesses shall be delivered no later than 30 days before the end of fact discovery.  The names and subject of expected testimony of all responding expert witnesses shall be delivered no later than 10 days after the date due for the affirmative expert report(s), provided such report(s) have been served.

8.   All affirmative expert reports shall be delivered by 7/3/2020**.**  Any such report is to be in the form and content as required **by** Fed.R.Civ.P. 26(a)(2)(B).

9.  All responding expert reports shall be delivered by 8/28/2020.

10.   All expert discovery, including the completion of depositions, shall be completed by 9/30/2019.

11.  No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in his report.

**12.  FAILURE TO FOLLOW THIS ORDER OR ANY SUBSEQUENT SCHEDULING ORDERS WILL RESULT IN SANCTIONS PURSUANT TO**

**Fed.R.Civ.P. 16(f) and 37.**



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

1/7/2020 3:57:48 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File